584 A.2d 219

NEW JERSEY BELL TELEPHONE COMPANY v. NEW JERSEY DEPARTMENT OF LABOR AND CHARLES SERRAINO, ETC. ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 219

AMERICAN TELEPHONE & TELEGRAPH COMPANY v. NEW JERSEY DEPARTMENT OF LABOR AND CHARLES SERRAINO, ETC. ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 219

NOVEL KNIT, INC., ETC. v. DONALD S. HEFT, ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 219

THEODORE J. GEHERTY v. RICHARD J. MOORE AND JOHN DOE, ETC.

May 15, 1990.

Petition for certification granted. (See 238 *N.J.Super.* 463, 570 *A.2d* 29)